UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 97-50165-H4-7 |
| FINE ORGANICS CORPORATION | § | |
| | § | CHAPTER 7 |

MOTION TO PAY FUNDS INTO
THE REGISTRY UNDER  11 U.S.C. §374 (A)

---

The undersigned trustee reports:

XXX   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.  See attached Exhibit "A" for list of claimants and amount of distribution per Supplemental Trustee's Final Report.

_____   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a),  the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: September 23, 2003

Rodney Tow, Trustee
10077 Grogans Mill Rd., Ste. 145
The Woodlands, TX 77380
SB 20152500
281-681-9100
281-681-1441 (fax)

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 23rd  of September, 2003.

Rodney D. Tow
Chapter 7 Trustee

Exhibit "A"

| Claim No. | Claimant | Claim Amt | Supplemental Distribut |
|---|---|---|---|
| 1 | ASHLAND CHEMICAL CO. | $ 10,587.04 | $ 0.35 |
| 2 | KELLY, HART & HALLMAN | $ 635.75 | $ 0.02 |
| 3 | BAYTOWN VALVE & FITTING CO. | $ 19,174.45 | $ 0.63 |
| 4 | SIGNA-ALDRICH, INC. | $ 843.87 | $ 0.03 |
| 5 | NEW ENGLAND BUSINESS SERVICE | $ 190.03 | $ 0.01 |
| 6 | SOUTHWEST SOLVENTS & CHEMICALS | $ 8,453.28 | $ 0.28 |
| 7 | BILL HAUSER | $ 800.00 | $ 0.03 |
| 9 | CHUSEL USA, INC. | $ 9,000.00 | $ 0.29 |
| 11 | MBA LABS | $ 16,581.00 | $ 0.54 |
| 12 | UNION PUMP COMPANY | $ 2,629.50 | $ 0.09 |
| 13 | CLAIR CARDEN | $ 6,352.78 | $ 0.21 |
| 14 | BAY AREA FASTENERS | $ 931.51 | $ 0.03 |
| 16 | HATFIELD & COMPANY | $ 1,288.00 | $ 0.04 |
| 17 | MCKENZIE TANK LINES | $ 750.00 | $ 0.02 |
| 18 | COLE-PERMER INSTRUMENT CO. | $ 183.93 | $ 0.01 |
| 19 | ARGENT CONSULTING SERVICES | $ 19,676.75 | $ 0.64 |
| 21 | ABRAMS TECHNICAL | $ 16,311.90 | $ 0.53 |
| 22 | COASTAL CHEMICAL COMPANY | $ 58,427.93 | $ 1.91 |
| 23 | WALD & ASSOCIATES | $ 152.97 | $ 0.01 |
| 25 | RAWSON & COMPANY, INC. | $ 5,763.30 | $ 0.19 |
| 26 | BAYPORT OCCUPATIONAL MEDICAL CTR | $ 1,457.50 | $ 0.05 |
| 27 | ALLPOLY | $ 429.00 | $ 0.01 |
| 28 | LAROCHE INDUSTRIES, INC. | $ 23,506.00 | $ 0.77 |
| 29 | J & b PIPELINE SUPPLY COMPANY | $ 5,701.59 | $ 0.19 |
| 30 | ADVANCED STAFFING & PERSONNEL, INC. | $ 4,856.90 | $ 0.16 |
| 31 | BIX TESTING LAB | $ 474.43 | $ 0.02 |
| 33 | FISHER ROSEMOUNT | $ 406.69 | $ 0.01 |
| 34 | DREW INDUSTRIAL | $ 5,714.57 | $ 0.19 |
| 36 | GALVESTON VALVE & FITTING | $ 1,560.20 | $ 0.05 |
| 38 | BAYTOWN BOLT & SUPPLY CO | $ 352.65 | $ 0.01 |
| 40 | GULF COAST MAINTENANCE COMPANY | $ 2,246.89 | $ 0.07 |
| 42 | WESCO DISTRIBUTION, INC. | $ 589.88 | $ 0.02 |
| 43 | CALEB BRETT USA, INC. | $ 4,020.00 | $ 0.13 |
| 44 | AUTOMATIC PUMP AND EQUIPMENT | $ 194.34 | $ 0.01 |
| 46 | SPECIALIZED TANK SERVICES | $ 3,146.20 | $ 0.10 |
| 47 | VAN LEEUWEN PIPE & TUBE | $ 46,462.87 | $ 1.52 |
| 49 | INSULATION CONTRACTORS | $ 34,057.81 | $ 1.11 |
| 50 | AIRGAS HOUSTON, INC. | $ 4,738.66 | $ 0.16 |
| 51 | HOUSTON  LIGHTING & POWER | $ 51,585.09 | $ 1.69 |
| 52 | MIDCON TEXAS PIPELINE | $ 110,798.00 | $ 3.63 |
| 53 | DOOLEY TACKABERRY, INC. | $ 18,032.05 | $ 0.59 |
| 54 | VALTEK INTERNATIONAL | $ 4,366.15 | $ 0.14 |
| 55 | KRAMMER VALVES, INC. | $ 42,080.98 | $ 1.38 |
| 56 | LONE STAR RENTAL | $ 3,236.19 | $ 0.11 |
| 58 | DRAGO SUPPLY COMPANY | $ 2,913.54 | $ 0.10 |
| 59 | JEM SUPPLY COMPANY | $ 2,432.56 | $ 0.08 |
| 60 | ENVIROPRO, INC. | $ 600.00 | $ 0.02 |
| 62 | EL DU PONT DE NUMEROUS & CO. | $ 140,511.20 | $ 4.60 |

| | | | | |
|---|---|---|--:|---|--:|
| 63 | OLIVER & LAUGHTER EQUIPMENT | $ | 4,664.57 | $ | 0.15 |
| 64 | WW GRAINGER, INC. | $ | 2,194.89 | $ | 0.07 |
| 65 | The Duriron Company, Inc. | $ | 2,611.16 | $ | 0.09 |
| 66 | Provalco | $ | 314.36 | $ | 0.01 |
| 67 | Durametallic Corporation | $ | 19,981.37 | $ | 0.65 |
| 68 | AG Safety Sale & Service | $ | 411.00 | $ | 0.01 |
| 69 | Tidewater Compression/Tide | $ | 4,452.71 | $ | 0.15 |
| 71 | Wilson Industries | $ | 867.69 | $ | 0.03 |
| 72 | Nutter Engineering | $ | 5,067.24 | $ | 0.17 |
| 73 | Consolidated Sciences | $ | 1,500.00 | $ | 0.05 |
| 75 | Calgon Corp | $ | 2,571.92 | $ | 0.08 |
| 76 | Turner Bros Crane/Rigging | $ | 696.75 | $ | 0.02 |
| 77 | Michael Newton | $ | 1,062.52 | $ | 0.03 |
| 78 | Chemical Leaman Tank Lines | $ | 5,301.90 | $ | 0.17 |
| 80 | ISE of Texas | $ | 350.00 | $ | 0.01 |
| 81 | Brooks Instrument | $ | 824.73 | $ | 0.03 |
| 84 | Industrial Municipal Supply | $ | 10,386.32 | $ | 0.34 |
| 87 | Joel Smith | $ | 1,000.00 | $ | 0.03 |
| 90 | Townsend Engineering, Inc. | $ | 72,766.00 | $ | 2.38 |
| 93 | Sasol Technology, Ltd | $ | 51,668.46 | $ | 1.70 |
| 98 | Yusen Air & Sea Service | $ | 400.60 | $ | 0.01 |
| 99 | Vallen Safety Supply Company | $ | 2,663.02 | $ | 0.09 |
| | Houston Chromatography | $ | 3,625.00 | $ | 0.12 |

Total                                                              29.17

tion