UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 97-50165-H4-7 |
| FINE ORGANICS CORPORATION | § | |
| | § | CHAPTER 7 |

## ORDER

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that Rodney Tow, Trustee is authorized to pay the funds in the amount of $29.17, now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

SIGNED this the 29th day of September 2003.

U.S. BANKRUPTCY JUDGE

This order is signed for the Court by the Clerk under authority of 28 U.S.C. 956 and General Order 2000-3.
MICHAEL N. MILBY, CLERK
By: _____
Deputy Clerk

Exhibit "A"

| Claim No. | Claimant | Claim Amt | Supplemental Distribut |
|---|---|---:|---:|
| 1 | ASHLAND CHEMICAL CO. | $ 10,587.04 | $ 0.35 |
| 2 | KELLY, HART & HALLMAN | $ 635.75 | $ 0.02 |
| 3 | BAYTOWN VALVE & FITTING CO. | $ 19,174.45 | $ 0.63 |
| 4 | SIGNA-ALDRICH, INC. | $ 843.87 | $ 0.03 |
| 5 | NEW ENGLAND BUSINESS SERVICE | $ 190.03 | $ 0.01 |
| 6 | SOUTHWEST SOLVENTS & CHEMICALS | $ 8,453.28 | $ 0.28 |
| 7 | BILL HAUSER | $ 800.00 | $ 0.03 |
| 9 | CHUSEL USA, INC. | $ 9,000.00 | $ 0.29 |
| 11 | MBA LABS | $ 16,581.00 | $ 0.54 |
| 12 | UNION PUMP COMPANY | $ 2,629.50 | $ 0.09 |
| 13 | CLAIR CARDEN | $ 6,352.78 | $ 0.21 |
| 14 | BAY AREA FASTENERS | $ 931.51 | $ 0.03 |
| 16 | HATFIELD & COMPANY | $ 1,288.00 | $ 0.04 |
| 17 | MCKENZIE TANK LINES | $ 750.00 | $ 0.02 |
| 18 | COLE-PERMER INSTRUMENT CO. | $ 183.93 | $ 0.01 |
| 19 | ARGENT CONSULTING SERVICES | $ 19,676.75 | $ 0.64 |
| 21 | ABRAMS TECHNICAL | $ 16,311.90 | $ 0.53 |
| 22 | COASTAL CHEMICAL COMPANY | $ 58,427.93 | $ 1.91 |
| 23 | WALD & ASSOCIATES | $ 152.97 | $ 0.01 |
| 25 | RAWSON & COMPANY, INC. | $ 5,763.30 | $ 0.19 |
| 26 | BAYPORT OCCUPATIONAL MEDICAL CTR | $ 1,457.50 | $ 0.05 |
| 27 | ALLPOLY | $ 429.00 | $ 0.01 |
| 28 | LAROCHE INDUSTRIES, INC. | $ 23,506.00 | $ 0.77 |
| 29 | J & b PIPELINE SUPPLY COMPANY | $ 5,701.59 | $ 0.19 |
| 30 | ADVANCED STAFFING & PERSONNEL, INC. | $ 4,856.90 | $ 0.16 |
| 31 | BIX TESTING LAB | $ 474.43 | $ 0.02 |
| 33 | FISHER ROSEMOUNT | $ 406.69 | $ 0.01 |
| 34 | DREW INDUSTRIAL | $ 5,714.57 | $ 0.19 |
| 36 | GALVESTON VALVE & FITTING | $ 1,560.20 | $ 0.05 |
| 38 | BAYTOWN BOLT & SUPPLY CO | $ 352.65 | $ 0.01 |
| 40 | GULF COAST MAINTENANCE COMPANY | $ 2,246.89 | $ 0.07 |
| 42 | WESCO DISTRIBUTION, INC. | $ 589.88 | $ 0.02 |
| 43 | CALEB BRETT USA, INC. | $ 4,020.00 | $ 0.13 |
| 44 | AUTOMATIC PUMP AND EQUIPMENT | $ 194.34 | $ 0.01 |
| 46 | SPECIALIZED TANK SERVICES | $ 3,146.20 | $ 0.10 |
| 47 | VAN LEEUWEN PIPE & TUBE | $ 46,462.87 | $ 1.52 |
| 49 | INSULATION CONTRACTORS | $ 34,057.81 | $ 1.11 |
| 50 | AIRGAS HOUSTON, INC. | $ 4,738.66 | $ 0.16 |
| 51 | HOUSTON LIGHTING & POWER | $ 51,585.09 | $ 1.69 |
| 52 | MIDCON TEXAS PIPELINE | $ 110,798.00 | $ 3.63 |
| 53 | DOOLEY TACKABERRY, INC. | $ 18,032.05 | $ 0.59 |
| 54 | VALTEK INTERNATIONAL | $ 4,366.15 | $ 0.14 |
| 55 | KRAMMER VALVES, INC. | $ 42,080.98 | $ 1.38 |
| 56 | LONE STAR RENTAL | $ 3,236.19 | $ 0.11 |
| 58 | DRAGO SUPPLY COMPANY | $ 2,913.54 | $ 0.10 |
| 59 | JEM SUPPLY COMPANY | $ 2,432.56 | $ 0.08 |
| 60 | ENVIROPRO, INC. | $ 600.00 | $ 0.02 |
| 62 | EL DU PONT DE NUMEROUS & CO. | $ 140,511.20 | $ 4.60 |

| | | | |
|---|---|---:|---:|
| 63 | OLIVER & LAUGHTER EQUIPMENT | $ 4,664.57 | $ 0.15 |
| 64 | WW GRAINGER, INC. | $ 2,194.89 | $ 0.07 |
| 65 | The Duriron Company, Inc. | $ 2,611.16 | $ 0.09 |
| 66 | Provalco | $ 314.36 | $ 0.01 |
| 67 | Durametallic Corporation | $ 19,981.37 | $ 0.65 |
| 68 | AG Safety Sale & Service | $ 411.00 | $ 0.01 |
| 69 | Tidewater Compression/Tide | $ 4,452.71 | $ 0.15 |
| 71 | Wilson Industries | $ 867.69 | $ 0.03 |
| 72 | Nutter Engineering | $ 5,067.24 | $ 0.17 |
| 73 | Consolidated Sciences | $ 1,500.00 | $ 0.05 |
| 75 | Calgon Corp | $ 2,571.92 | $ 0.08 |
| 76 | Turner Bros Crane/Rigging | $ 696.75 | $ 0.02 |
| 77 | Michael Newton | $ 1,062.52 | $ 0.03 |
| 78 | Chemical Leaman Tank Lines | $ 5,301.90 | $ 0.17 |
| 80 | ISE of Texas | $ 350.00 | $ 0.01 |
| 81 | Brooks Instrument | $ 824.73 | $ 0.03 |
| 84 | Industrial Municipal Supply | $ 10,386.32 | $ 0.34 |
| 87 | Joel Smith | $ 1,000.00 | $ 0.03 |
| 90 | Townsend Engineering, Inc. | $ 72,766.00 | $ 2.38 |
| 93 | Sasol Technology, Ltd | $ 51,668.46 | $ 1.70 |
| 98 | Yusen Air & Sea Service | $ 400.60 | $ 0.01 |
| 99 | Vallen Safety Supply Company | $ 2,663.02 | $ 0.09 |
|    | Houston Chromatography | $ 3,625.00 | $ 0.12 |

Total                                                                                                                                     29.17