U.S. BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: ) | CASE NO. **97-50165** |
| ) | |
| **Fine Organics Corporation,** ) | ORDER FOR PAYMENT |
| ) | OF UNCLAIMED FUNDS |
| Debtor(s). ) | |

The Court finds that an amount of $11,019.52 constituting unclaimed funds is due to Fine Organics Corporation for reasons stated in the Motion filed contemporaneously herewith.

IT IS ORDERED that, under 28 USCS 2042, the Clerk, Southern District of Texas, pay this unclaimed money to the order of:

> Fine Organics Corporation
> c/o Washington Research Trust
> PO Box 463
> Redmond, WA 98073-0463
> Attorney-in-Fact for
> Fine Organics Corporation

Dated: _____

*Denied. There is no more Fine Organics Corp. and its funds were not deposited FBO Fine Organics.*

_____
Bankruptcy Judge
Southern District of Texas

WC
11/7/03