UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 97-50165-H4-7 |
| FINE ORGANICS CORPORATION | § | |
| | § | CHAPTER 7 |

MOTION TO PAY FUNDS INTO
THE REGISTRY UNDER 11 U.S.C. §374 (A)

---

The undersigned trustee reports:

\_\_\_ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010. See attached Exhibit "A" for list of claimants and amount of distribution per Supplemental Trustee's Final Report.

XXX More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: May 12, 2004

Rodney Tow, Trustee
10077 Grogans Mill Rd., Ste. 145
The Woodlands, TX 77380
SB 20152500
281-681-9100
281-681-1441 (fax)

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 12th of May, 2004.

Rodney D. Tow
Chapter 7 Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

_____   Small Dividends

__X__   Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| SASOL HOLDINGS (NETHERLANDS)<br>1900 Pennsoil Place<br>711 Louisiana<br>Houston, Texas 77002 | 86 | $131.24 |